TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00237-CR

Carlos Cruz, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY

NO. 42,032, HONORABLE HOWARD S. WARNER, II, JUDGE PRESIDING

PER CURIAM

Carlos Cruz moves to dismiss his appeal from a judgment of conviction for driving while
intoxicated. See Tex. R. App. P. 42.2(a). The motion is granted.

The appeal is dismissed.

Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Appellant's Motion

Filed: September 18, 1997

Do Not Publish